Carol Ann Thiessen, Plaintiff-Appellee, v. Wabash Railroad Company, a Corporation, Scherer Freight Lines, Inc., a Corporation, and Robert A. Mullady, Defendants; Scherer Freight Lines, Inc., a Corporation, and Robert A. Mullady, Defendants-Appellants.

Gen. No. 10,444. 

Third District.
May 20, 1963.

Earl S. Hodges, of Springfield (Samuel C. Patton, of counsel), for appellants; Londrigan & Londrigan, of Springfield, for appellee. Opinion by JUDGE CARROLL. Not to be published in full.